AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF      MASSACHUSETTS

## APPEARANCE

Case Number: 04-30027MAP

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Guy Cariddi and Karen Summer.

I certify that I am admitted to practice in this court.

February 20, 2004
Date

Signature

Douglas J. Rose       629080
Print Name            Bar Number

Donovan & O'Connor, LLP
1330 Mass MoCA Way
Address

North Adams, MA   01247
City           State         Zip Code

(413) 663-3200      (413) 663-7970
Phone Number         Fax Number