```
            IN THE UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
                      WESTERN DIVISION
```

| | | |
|---|---|---|
| PENNY GUETTI, | : | 04-30027-MAP |
| MICHAEL GUETTI, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| GUY R. CARIDDI, | : | |
| CARIDDI AUTO AGENCY, | : | |
| KAREN SUMMER, | : | |
| JOHN DOE A/K/A "BUTCH", | : | |
| Defendants | : | |

### Plaintiffs' Certifications

Plaintiffs Penny and Michael Guetti certify that they have conferred with their attorney concerning:

(a) the budget for the costs of conducting the full course and various alternative courses of this litigation, and

(b) the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Penny Guetti

_____
Michael Guetti

page 1

Respectfully submitted,

*[signature]*

Jason David Fregeau,
Trial Attorney (0055426)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiffs

Certificate of Service

I certify that a copy of the foregoing Plaintiffs' Certifications has been served by United States Mail, postage prepaid, upon Defendants' counsel, Douglas J. Rose, 1330 Mass MoCA Way, North Adams, MA 01247, this 12th day of March, 2004.

_____
Jason David Fregeau, Esq.