UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 MAR 29  A 10: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PENNY GUETTI and MICHAEL GUETTI,<br>    Plaintiffs<br><br>v.<br><br>GUY R. CARIDDI, CARIDDI AUTO AGENCY, KAREN SUMMER and JOHN DOE a/k/a "Butch,"<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Docket No. 04-30027-MAP<br>)<br>) |

## CERTIFICATION OF DEFENDANTS GUY CARIDDI AND KAREN SUMMER PURSUANT TO L.R., D. MASS. 16(D)(3)

NOW COME defendants Guy Cariddi (hereinafter "Cariddi") and Karen Summer (hereinafter "Summer") who hereby certify that we have conferred with undersigned counsel concerning:

(a) Establishing the budget for the costs of conducting the full course, as well as the various alternative courses, of the instant litigation; and

(b) Considering the resolution of the instant litigation through the use of alternative dispute resolution programs.

_____
Guy Cariddi

_____
Karen Summer

Dated: March 26, 2004

_____
Douglas J. Rose
BBO No. 629080
For Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Tel: (413) 663-3200
Fax: (413) 663-7970

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PENNY GUETTI and MICHAEL GUETTI,<br>    Plaintiffs<br><br>v.<br><br>GUY R. CARIDDI, CARIDDI AUTO AGENCY, KAREN SUMMER and JOHN DOE a/k/a "Butch,"<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  Docket No. 04-30027-MAP<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Douglas J. Rose, Esq., do hereby certify that I caused a true copy of the within Certification to be delivered by first class U. S. mail, postage prepaid, this 26th day of March, 2004 to Jason David Fregeau, Esq., 47 Lincoln Road, Longmeadow, MA 01106.

                                                              Douglas J. Rose

DJR:SLD