UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PENNY GUETTI and MICHAEL )
GUETTI, )
          Plaintiffs )
)
v. )   Civil Action No. 04-30027-MAP
)
)
GUY R. CARIDDI, CARIDDI AUTO )
AGENCY, KAREN SUMMER and )
JOHN DOE a/k/a "Butch," )
          Defendants )

## SCHEDULING ORDER
April 2, 2004

NEIMAN, U.S.M.J.

    The following schedule was established at the initial scheduling conference held this day:

    1.    The parties shall complete their automatic disclosure by April 13, 2004.

    2.    All written discovery shall be served by June 2, 2004.

    3.    Non-expert depositions shall be completed by September 3, 2004.

    4.    Counsel shall appear for a case management conference on September 9, 2004, at 10:30 a.m. in Courtroom Three.

    IT IS SO ORDERED.

                                            /s/ Kenneth P. Neiman
                                            KENNETH P. NEIMAN
                                            U.S. Magistrate Judge