UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PENNY GUETTI and MICHAEL GUETTI,<br>    Plaintiffs<br><br>v.<br><br>GUY R. CARIDDI, CARIDDI AUTO AGENCY, KAREN SUMMER and JOHN DOE a/k/a "Butch,"<br>    Defendants | Docket No. 04-30027-MAP |

### DEFENDANTS GUY CARIDDI AND KAREN SUMMER'S MOTION TO DISMISS COMPLAINT

Now come defendants Guy Cariddi (hereinafter "Cariddi") and Karen Summer (hereinafter "Summer") who hereby move this Court, pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss the complaint of plaintiffs Penny Guetti and Michael Guetti (hereinafter "the Guettis") on the grounds that this Court lacks jurisdiction over the subject matter of this action under 28 U.S.C. §1332(a), insofar as the amount in controversy does not exceed the sum or value of $75,000.

WHEREFORE, on grounds more fully set forth in the memorandum of law attached hereto, Cariddi and Summer request that the Guettis' complaint be dismissed.

Cariddi and Summer further request an award of their costs incurred in defending this action and prosecuting this motion, pursuant to Fed. R. Civ. P. 11 and Mass. G. L. c.231, §6F.

Dated: April __2__, 2004

THE DEFENDANTS

GUY CARIDDI and KAREN SUMMER

By their attorneys,

_____
Douglas J. Rose
BBO No. 629080
For Donovan & O'Connor, LLP
1330 Mass MoCA Way
North Adams, MA 01247
Tel: (413) 663-3200
Fax: (413) 663-7970

DJR:SLD