UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**PENNY GUETTI**

        Plaintiff          CIVIL / CRIMINAL

                          CASE NO.  04-30027

    V.

**GUY CARIDDI**

        Defendant

### NOTICE

**PONSOR**
        D.J.

PLEASE TAKE NOTICE that the above-entitled case has been set for

HEARING ON MOTION TO DISMISS   on   JUNE 9, 2004   at   3:30   P.M.

before Judge   PONSOR   in Courtroom #   2   on the   5th   floor.

 

TONY ANASTAS,
CLERK OF COURT

/s/Elizabeth A. French

4/23/04                      By:

Date                      Deputy Clerk

**Notice mailed to:**

**All counsel of record**

**(Notice of Hearing.wpd - 7/99)**                              **[kntchrgcnf.]**
                                                                **[ntchrgcnf.]**