```
            IN THE UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
                     WESTERN DIVISION
```

| | | |
|---|---|---|
| PENNY GUETTI, | : | 04-30027-MAP |
| MICHAEL GUETTI, | : | |
|     Plaintiffs | : | |
| | : | |
|     v. | : | |
| | : | |
| GUY R. CARIDDI, | : | |
| CARIDDI AUTO AGENCY, | : | |
| KAREN SUMMER, | : | |
| JOHN DOE A/K/A "BUTCH", | : | |
|     Defendants | : | |

_____

Plaintiffs' Motion to Continue Hearing

_____

Plaintiffs Michael and Penny Guetti move for a continuance of the June 9, 2004, hearing set for 3:30 p.m. The Guettis are required to offer proof of damages and would like to provide copies of documents, including medical records, at the hearing. See Stewart v. Tupperware Corp., 356 F.3d 335, 338 (1st Cir. 2004). The Guettis, however, need additional time to coax these records from Mrs. Guetti's providers. This is the first request for a continuance in this matter. Defendants' counsel does not object to the continuance.

Respectfully submitted,

/s/ Jason David Fregeau

Jason David Fregeau,
Trial Attorney (0055426)

47 Lincoln Road
Longmeadow, MA 01106
413/567-2461
413/567-2932 fax

Attorney for Plaintiffs

### Certificate of Service

I certify that a copy of the foregoing Plaintiffs' Motion to Continue Hearing has been served by United States Mail, postage prepaid, upon Defendants' counsel, Stephen N. Pagnotta, 1330 Mass MoCA Way, North Adams, MA 01247, this 7th day of June, 2004.

/s/ Jason David Fregeau
_____
Jason David Fregeau, Esq.