## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

PENNY GUETTI, ET AL.,

   Plaintiff(s)

           v.                    CIVIL ACTION NO. 3: 04-30027-MAP

GUY R. CARIDDI, ET AL.,

   Defendant(s)

### JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants' Guy R. Cariddi, et al., against the plaintiffs' Penny Guetti, et al., pursuant to the court's memorandum and order entered this date, granting the defendants' motion to dismiss.

                                             TONY ANASTAS,
                                             CLERK OF COURT

Dated: September 7, 2004                  By  /s/ *Maurice G. Lindsay*
                                                  Maurice G. Lindsay
                                                  Deputy Clerk

(Civil Judgment.wpd - 11/98)                                                                                [jgm.]